UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SGK ENERGY, LLC.,

                              Plaintiff,

                                                                    INDEX No.: 15C-2691

   -against-


ENERGY SYSTEMS & INSTALLATIONS, INC.,
COREY C. WOLFF,
                             Defendants.

------------------------------------------------------------------------X

## NOTICE OF APPEAL

Notice is hereby given that Defendants Energy Systems & Installations, Inc. and Corey Wolff, in the above named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment and order entered in this action on April 19, 2016.


Dated: April 29, 2016                                Respectfully Submitted,
                                                      LAW OFFICE OF MICHAEL E. ADLER

                                                      _____/s/ Michael E. Adler_____
                                                      Michael E. Adler, Esquire
                                                      20 Meredith Road
                                                      Wynnewood, PA 19096
                                                      (215) 485-0542
                                                      Counsel for Defendants and Counterclaim
                                                      Plaintiffs ESI and Corey Wolff