```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/16
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SGK ENERGY, LLC,

                Plaintiff,

-against-

ENERGY SYSTEMS & INSTALLATIONS, INC.,
and COREY C. WOLFF,
                Defendants.
-----------------------------------------------------------X

15 **CIVIL** 2691 (CS)

**JUDGMENT**

      Before the Court is the April 15, 2015 findings of fact and conclusions of law, and the said motions having come before the Honorable Cathy Seibel, United States District Judge, and the Court thereafter, on April 18, 2016 having rendered its Order granting judgment in favor of Plaintiff SGK Energy, LLC ("SGK") and against Defendants Energy Systems & Installations, Inc. ("ESI") and Corey Wolff, as follows. On claim one for breach of contract, ESI is liable to SGK in the amount of $41,625. On claim two for breach of contract, ESI is liable to SGK in the amount of $32,927.97. On claim four for tortious interference with contract, ESI and Mr. Wolff are jointly and severally liable to SGK in the amount of $25,862.40. On claim seven for breach of contract, ESI is liable to SGK in the amount of $25,288.68. On claim eight for breach of contract, ESI is liable to SGK in the amount of $70,665. On claim ten for breach of contract, ESI is liable to SGK in the amount of $59,291.44; ESI is liable to Plaintiff in the total amount of $255,660.43, $25,862.40 of which is joint and several with Mr. Wolff, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated April 18, 2016, judgment is entered in favor of Plaintiff SGK Energy, LLC ("SGK") and against Defendants Energy Systems & Installations, Inc. ("ESI") and Corey Wolff, as follows. On claim one for breach of contract, ESI is liable to SGK in the amount of $41,625. On

claim two for breach of contract, ESI is liable to SGK in the amount of $32,927.97. On claim four for tortious interference with contract, ESI and Mr. Wolff are jointly and severally liable to SGK in the amount of $25,862.40. On claim seven for breach of contract, ESI is liable to SGK in the amount of $25,288.68. On claim eight for breach of contract, ESI is liable to SGK in the amount of $70,665. On claim ten for breach of contract, ESI is liable to SGK in the amount of $59,291.44; ESI is liable to Plaintiff in the total amount of $255,660.43, $25,862.40 of which is joint and several with Mr. Wolff.

**Dated:** New York, New York
April 19, 2016

RUBY J. KRAJICK
Clerk of Court

BY: *KMango*
Deputy Clerk